UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:13-CR-115-RLM |
| | ) | |
| RICK FRANKLIN | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 12, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 6), ACCEPTS defendant Rick Franklin's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 2321.

SO ORDERED.

ENTERED: December 10, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court